MICHELE M. BECKWITH
Acting United States Attorney
CODY S. CHAPPLE
ARELIS M. CLEMENTE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:25-CR-00089-KES-BAM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME; AND ORDER** |
| BINGHUI LIU, | |
| Defendant. | |

The parties stipulate as follows:

1. A grand jury indicted the defendant on April 24, 2025, charging him with one count of violating 18 U.S.C. § 1956(h), conspiracy to commit money laundering. The Court ordered the defendant detained and a status conference is currently set for May 28, 2025, with time excluded to that date.

2. Th government produced initial discovery on April 29, 2025.

3. Now, the parties agree to continue the status conference from May 28, 2025, to July 9, 2025, to further provide defendant with reasonable time necessary for effective preparation, so that the defendant can review the discovery, and for defendant to consider a pre-trial resolution of the case.

4. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties also agree that the period from May 28, 2025, through July 9, 2025, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. §

1

1 | 3161(h)(7)(A) and (h)(7)(B)(iv).

2 |   IT IS SO STIPULATED.

4 | Dated: May 21, 2025          MICHELE M. BECKWITH
                      Acting United States Attorney

6 |                       */s/ Cody Chapple*
                      Cody Chapple
                      Arelis Clemente
                      Assistant United States Attorney

10 | Dated: May 21, 2025          */s/ Nicholas F. Reyes*
                      Nicholas F. Reyes
                      Counsel for Binghui Liu

**ORDER**

The Court has read and considered the parties' stipulation to continue the status conference and exclude time. The Court finds there is good cause for the continuance so as to allow the defendant reasonable time to complete his review of the discovery and fully consider a pre-trial resolution of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1. The status conference is continued from May 28, 2025, until **July 9, 2025, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**; and

2. The period from May 28, 2025, through July 9, 2025, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **May 23, 2025**                    /s/ Barbara A. McAuliffe
                                             UNITED STATES MAGISTRATE JUDGE