ERIC GRANT
United States Attorney
CODY S. CHAPPLE
ARELIS M. CLEMENTE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>BINGHUI LIU,<br><br>  Defendant. | CASE NO. 1:25-CR-00089-KES-BAM<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME; AND ORDER** |

The parties stipulate as follows:

1. A grand jury indicted the defendant on April 24, 2025, charging him with one count of violating 18 U.S.C. § 1956(h), conspiracy to commit money laundering. The Court ordered the defendant detained and a status conference is presently set for December 10, 2025, with time excluded to that date.

2. The government produced initial discovery on April 29, 2025 and supplemental discovery on October 28, 2025.

3. Now, the parties agree to continue the status conference from December 10, 2025, to February 11, 2026, to further provide defendant with reasonable time necessary for effective preparation, so that the defendant can review the discovery, and for defendant to consider a pre-trial resolution of the case.

4. The parties agree that the interests of justice served by granting this continuance outweigh

1

the best interests of the public and the defendant in a speedy trial. The parties also agree that the period from December 10, 2025, through February 11, 2026, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated:  December 3, 2025

ERIC GRANT
United States Attorney

*/s/ Cody Chapple*
Cody Chapple
Arelis Clemente
Assistant United States Attorney

Dated:  December 3, 2025

*/s/ Nicholas F. Reyes*
Nicholas F. Reyes
Counsel for Binghui Liu

2

## ORDER

The Court has read and considered the parties' stipulation to continue the status conference and exclude time. The Court finds there is good cause for the continuance so as to allow the defendant reasonable time to complete his review of the discovery and fully consider a pre-trial resolution of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1. The status conference is continued from December 10, 2025, until **February 11, 2026, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**; and

2. The period from December 10, 2025, through February 11, 2026, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: **December 5, 2025**       /s/ Barbara A. McAuliffe
                                UNITED STATES MAGISTRATE JUDGE