ERIC GRANT
United States Attorney
CODY S. CHAPPLE
ARELIS M. CLEMENTE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BINGHUI LIU,<br>Defendant. | CASE NO. 1:25-CR-00089-KES-BAM<br><br>**STIPULATION TO SET CHANGE OF PLEA HEARING; AND ORDER** |

The parties stipulate as follows:

1. A grand jury indicted the defendant on April 24, 2025, charging him with one count of violating 18 U.S.C. § 1956(h), conspiracy to commit money laundering. The Court ordered the defendant detained. Presently, this case is set for trial on December 15, 2026, with time excluded to that date.

2. The government produced initial discovery on April 29, 2025, and supplemental discovery on October 28, 2025.

3. On September 21, 2026, the parties signed and filed a plea agreement. *See* ECF No. 35.

4. Now, the parties agree to set a change of plea hearing on October 5, 2026. This date was cleared with the Court's deputy. The parties will move to vacate the trial at the completion of the hearing.

///

///

Time has been excluded past that date.

IT IS SO STIPULATED.

Dated: September 28, 2026

ERIC GRANT
United States Attorney

*/s/ Cody Chapple*
Cody Chapple
Arelis Clemente
Assistant United States Attorney

Dated: September 28, 2026

*/s/ Nicholas F. Reyes*
Nicholas F. Reyes
Counsel for Binghui Liu

**ORDER**

The Court has read and considered the parties' stipulation to set a change of plea hearing. A change of plea hearing is hereby set for October 5, 2026, at 9:30 a.m. before District Judge Kirk E. Sherriff.

IT IS SO ORDERED.

Dated: September 29, 2026

UNITED STATES DISTRICT JUDGE